**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**COURT FILE NO.: 06-4368 (PAM/JSM)**

_____

Aisha Johnson,

        Plaintiff,

vs.                                                    **ORDER**

Allied Interstate, Inc.,

Dave "Doe",

        Defendants.

_____

       Based upon the foregoing Stipulation of counsel, IT IS HEREBY ORDERED that the

above action may be, and hereby is, dismissed with prejudice and on the merits, without costs or

disbursements to any party.

Dated:  December   10  , 2007                    BY THE COURT:


                                              s/Paul A. Magnuson_____
                                              Paul A. Magnuson, Judge
                                              United States District Court